UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-23068-CIV-GRAHAM

JAVONNE WILKS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** comes before the Court upon Movant's Motion to Vacate Under 28 U.S.C. § 2255 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 3]. The Magistrate Judge issued a Report recommending that Movant's motion be denied as none of the asserted claims have merit [D.E. 15]. Movant has filed objections [D.E. 16] as well as a Motion regarding the timeliness of the objections [D.E. 17].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. The Court has considered the merits of Movant's objections and, therefore, issues relating to timelessness are moot. Nevertheless, the Court finds that the Movant's objections are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 15] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that the Motion Regarding Timeliness of Objections to Magistrate Report [D.E. 17] is **DENIED** as moot.  It is further

**ORDERED AND ADJUDGED** that Movant's Motion to Vacate Under 28 U.S.C. § 2255 [D.E. 1] is **DENIED**.  It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of July, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Javonne Wilks, Pro Se
     Counsel of Record