UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 07-23068-CIV-GRAHAM

JAVONNE WILKS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Petitioner's Notice of Appeal [D.E.19], construed as a motion for a certificate of appealability, and Petitioner's Motion to proceed *in forma pauperis* [D.E. 25].

The Petitioner's motion for a certificate of appealability was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 23]. Judge White has issued a Report and Recommendation [D.E. 24], recommending denial of the certificate of appealability. Petitioner thereafter filed the motion to proceed in forma pauperis [D.E. 25]. Petitioner also filed objections to the Magistrate Judge's Report [D.E. 26].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Petitioner's objections to the Magistrate Judge's recommendation against a certificate of appealability are without merit. Petitioner raises

no substantial showing of a denial of a constitutional right, and therefore, his objections are overruled. Furthermore, Petitioner's motion to proceed *in forma pauperis* on appeal is also without merit and the appeal is not taken in good faith. Consequently, Petitioner's motion to proceed *in forma pauperis* is denied. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 24] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Notice of Appeal [D.E.19], construed as a motion for a certificate of appealability, is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Petitioner's Motion for Leave to Proceed *in Forma Pauperis* on Appeal [D.E. 22] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of November, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
Javonne Wilks, <u>Pro Se</u>
Counsel of Record